## WRIGHT et al. v. WAGGONER et al.

No. 9687—Opinion Filed Dec. 14, 1920.

(Syllabus by the Court.)

### Appeal and Error—Failure to File Brief—Dismissal.

Where no briefs are filed, as required by rule 7, (47 Okla. vi; 165 Pac. vii) of the Supreme Court, the appeal will be dismissed for want of prosecution.

Error from District Court, Major County; James B. Cullison, Judge.

Action between Grace Wright, individually and as administratrix of the estate of Jas. H. Slattery, deceased, and another and A. O. Waggoner, alias A. O. Wagner, and another. From the judgment, the parties first named bring error. Dismissed.

J. P. Evans, for plaintiffs in error.

Tom E. Willis and John V. Roberts, for defendants in error.

HIGGINS, J. This cause was submitted April 20, 1920. In accordance with a stipulation duly filed plaintiffs in error were granted 30 days from that date within which to file their brief. On May 26, thereafter, plaintiffs in error were granted a further extension of 30 days. No briefs having been filed in the cause within the extensions of time granted and no further time having been requested (47 Okla. vi; 165 Pac. vii), the appeal is dismissed for want of prosecution. Blanlot v. Carbon Coal Co., 76 Okla. 16, 183 Pac. 880; Cantwell v. Patterson, 71 Oklahoma, 174 Pac. 754; Balch v. Pickard, 72 Oklahoma, 179 Pac. 10.

RAINEY, C. J., and HARRISON, KANE, PITCHFORD, JOHNSON, McNEILL, BAILEY, and COLLIER, JJ., concur.